## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERESA LEHMAN, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 4:25CV1111 |
| | ) |
| vs. | ) |
| | ) |
| BITNER-BECHDEL AMERICAN | ) Electronically Filed |
| LEGION, POST 623, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### STIPULATION FOR DISMISSAL

AND NOW, come the parties, by their respective counsel, and hereby stipulate that the action be and hereby is dismissed with prejudice under Fed.R.Civ.P. 41(a), with each party to bear their own attorneys' fees and costs.


Dated: February 9, 2026                    Respectfully submitted,


/s/ Christopher Conrad, Esquire            /s/ Thomas B  Anderson
Christopher Conrad, Esquire                Thomas B. Anderson, Esquire
Marshall Dennehey, P.C.                    Bordas and Bordas, PLLC
200 Corporate Center Dr., Ste. 300         420 Fort Duquesne Blvd., Suite 1800
Camp Hill, PA 17011                        Pittsburgh, PA 15222
(717) 651-3531                             (412) 502-5000
cjconrard@mdweg.com                        tanderson@bordaslaw.com
Attorneys for Defendants                   Attorneys for Plaintiff